[No. 29333-1-II.   Division Two.   March 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PEGGY LOU CORNER, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 02-1-00037-0, E. Thompson Reynolds, J., entered September 12, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 29865-1-II.   Division Two.   March 30, 2004.]

*In the Matter of the Marriage of* CLIFF ALLEN ROBERTSON, *Respondent*, and KATHERINE ALICE ROBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-3-01305-9, Robert Peterson, J. Pro Tem., entered January 14, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

[Nos. 29075-8-II; 30013-3-II.   Division Two.   March 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CRAIG JACOBS, *Appellant*.

Appeals from judgments of the Superior Court for Kitsap County, Nos. 00-1-01666-1 and 01-1-01154-3, Anna M. Laurie, J., entered June 17, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 50866-1-I.   Division One.   April 5, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY McCLANAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10489-4, James D. Cayce, J., entered July 31, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Ellington, A.C.J., and Schindler, J.